UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL GODINO, *on behalf of himself and all others similarly situated,*

        Plaintiff,

    -against-

COOKNSOLO, INC.,

        Defendant.

Case No.: <u>17-CV-05767</u>

**<u>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)</u>**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, COOKNSOLO, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Dean Weisgold, Esq.
Dean Weisgold, P.C.
1835 Market St. Ste. 1215
Philadelphia, PA 19103
Telephone: (215) 599-0327
dean@weisgoldlaw.com

Date: ___5 | 23 | 18___

SO ORDERED

_____
U.S.D.J.

For the Plaintiff:

By: _____
    C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: ___5 / 23 / 18___